THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FABIO ACOSTA, on behalf of himself, and others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and T-MOBILE USA, INC.,<br>                      Defendants. | Case No.: 0:15-cv-62099-KMW |

## PLAINTIFF'S NOTICE OF RELATED ACTION

      Plaintiff, Fabio Acosta, pursuant to Local Rule 3.8 hereby files the following Notice of Related Action and state as follows:

      Plaintiff notifies the Court of the existence of a related action filed in the United States District Court for the Southern District of Florida before the Honorable Jose E. Martinez under the caption *Fresco v. Automotive Directions, Inc.*, No. 03-61063-JEM. This case involves similar questions of fact and law under Local Rule 3.8.

Dated: October 6, 2015          By:    /s/ John Yanchunis
                                                             JOHN A. YANCHUNIS
                                                            Florida Bar No. 324681
                                                            jyanchunis@forthepeople.com
                                                             MARCIO W. VALLADARES
                                                             Florida Bar No. 0986917
                                                            mvalladares@forthepeople.com
                                                            PATRICK A. BARTHLE II
                                                            Florida Bar No. 0099286
                                                            pbarthle@forthepeople.com
                                                            **MORGAN & MORGAN COMPLEX LITIGATION GROUP**
                                                            201 North Franklin Street
                                                            7th Floor
                                                            Tampa, Florida  33602

Telephone:  (813) 223-5505
Facsimile:  (813) 223-5402

Edward A. Wallace
Mark R. Miller
Amy E. Keller
**WEXLER WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222

Gary E. Mason
Esfand Y. Nafisi
Benjamin Branda
**WHITFIELD BRYSON & MASON LLP**
1625 Massachusetts Avenue, NW, Ste. 605
Washington, DC 20036
(202) 429-2290

Gregory F. Coleman
Mark E. Silvey
Lisa A. White
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
(865) 247-0090

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2015, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John A. Yanchunis